UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ATTORNEY GENERAL MERRICK
GARLAND, in his official capacity,
UNITED STATES DEPARTMENT OF
JUSTICE, FBI DIRECTOR
CHRISTOPHER A. WRAY, in his official                    22-mc-20 (VSB)
capacity, FEDERAL BUREAU OF
INVESTIGATION,                                          **ORDER**

                     Movants,

            -against-

PETER P. STRZOK

IN RE SUBPOENA SERVED ON
DONALD J. TRUMP
------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

Currently before me is Defendants' motion to quash or for a protective order. It is hereby

ORDERED that the parties shall appear for a telephone conference on January 31, 2022 at 11 a.m. The parties should be prepared to discuss, among other things, the status of the subpoena, my jurisdiction over the deponent, the briefing schedule for the motion filed on January 24, 2022, (Doc. 2), and a briefing schedule for any motion to transfer. The dial-in for the telephone conference is (888) 363-4749, and the access code is 268-2448.

IT IS FURTHER ORDERED that the Government is directed to serve a copy of this Order on counsel for Peter Strzok and counsel for Lisa Page.

SO ORDERED.

Dated: January 27, 2022
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge