```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ATTORNEY GENERAL MERRICK           :
GARLAND, in his official capacity, :
UNITED STATES DEPARTMENT OF        :
JUSTICE, FBI DIRECTOR              :
CHRISTOPHER A. WRAY, in his official :   22-mc-20 (VSB)
capacity, FEDERAL BUREAU OF        :
INVESTIGATION,                     :         ORDER
                                   :
                  Movants,         :
                                   :
         -against-                 :
                                   :
PETER P. STRZOK                    :
                                   :
IN RE SUBPOENA SERVED ON           :
DONALD J. TRUMP                    :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

Today, I held a conference in this case. For the limited purpose of today's telephone conference, I grant counsel for Peter P. Strzok and counsel for Lisa Page permission to appear pro hac vice.

In accordance with my comments made on the record during the conference, the Government's oral motion to transfer on consent the instant motion to quash the deposition subpoena direct to Donald J. Trump to the District of Columbia is hereby GRANTED pursuant to the Federal Rule of Civil Procedure 45(f) based on the counsels' representations on during the telephone conference.

SO ORDERED.

Dated: January 31, 2022
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge