# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:22−mc−00020−VSB

Department Of Justice et al  
Assigned to: Judge Vernon S. Broderick  
Case in other court:  USDC DDC, 1:19−CV−2367−ABJ  
Cause: M 08−85 Motion to Quash

Date Filed: 01/21/2022  
Date Terminated: 02/01/2022

**Movant**

**Department Of Justice** represented by **Christopher Marisak Lynch**  
DOJ−Civ  
United States Department of Justice, Civil Division  
Federal Programs Branch  
1155 L Street, NW  
Washington, DC 20005  
202−353−4537  
Fax: 213−616−8470  
Email: christopher.m.lynch@usdoj.gov  
*ATTORNEY TO BE NOTICED*

**Movant**

**Christopher Wray**  
*FBI Director*

represented by **Christopher Marisak Lynch**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Movant**

**Federal Bureau Of Investigation** represented by **Christopher Marisak Lynch**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Merrick Garland**  
*Attorney General*

represented by **Christopher Marisak Lynch**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Objector**

**Peter P. Strzok**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/21/2022 | ï1 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MISCELLANEOUS CASE INITIATING DOCUMENT − MOTION to Quash Subpoena *Served on Donald J. Trump*. Other Court Name: United States District Court − District of Columbia. Other Court Case Number: 1:19−CV−2367−ABJ. Document filed by Department Of Justice, Federal Bureau Of Investigation, Merrick Garland, Christopher Wray. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(Lynch, Christopher) Modified on 1/24/2022 (wb). (Entered: 01/21/2022) |

| | | |
|---|---|---|
| 01/24/2022 | Ï | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE MISCELLANEOUS COVER SHEET. Notice to Attorney Christopher Marisak Lynch. Attorney must electronically file the Miscellaneous Cover Sheet. Use the event type Miscellaneous Cover Sheet found under the event list Other Documents. (wb)** (Entered: 01/24/2022) |
| 01/24/2022 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT MISCELLANEOUS PLEADING. Notice to Attorney Christopher Marisak Lynch to RE−FILE Document No. 1 MISCELLANEOUS CASE INITIATING DOCUMENT − MOTION to Quash Subpoena *Served on Donald J. Trump*. Other Court Name: United States District Court − District of Columbia. Other Court Case Number: 1:19−CV−2367−ABJ.. The filing is deficient for the following reason(s): All Supporting documents are filed separately using there own category. Please call 212−805−0800 for assistance. Re−file the pleading using the event type Motion to Quash found under the event list Miscellaneous Case Initiating Documents − attach the correct signed PDF − select the individually named filer/filers.. (wb)** (Entered: 01/24/2022) |
| 01/24/2022 | Ï | ***NOTICE TO ATTORNEY TO FILE MISCELLANEOUS INITIAL PLEADING. Notice to Attorney Christopher Marisak Lynch to electronically file the initial pleading in this case. Failure to file the initial pleading may result in the dismissal of the case pursuant to Standing Order 17−mc−00201. Initial Pleading due by 1/31/2022. (wb)** (Entered: 01/24/2022) |
| 01/24/2022 | Ï 2 | MOTION to Quash Subpoena Served on Donald J Trump . Document filed by Department Of Justice, Federal Bureau Of Investigation, Merrick Garland, Christopher Wray. (Attachments: # 1 Exhibit Exhibit A (Subpoena)).(Lynch, Christopher) (Entered: 01/24/2022) |
| 01/24/2022 | Ï 3 | MISCELLANEOUS COVER SHEET filed..(Lynch, Christopher) (Entered: 01/24/2022) |
| 01/24/2022 | Ï | MISCELLANEOUS CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Vernon S. Broderick. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://https://nysd.uscourts.gov/rules/ecf−related−instructions. .(wb) (Entered: 01/24/2022) |
| 01/24/2022 | Ï | Case Designated ECF. (wb) (Entered: 01/24/2022) |
| 01/27/2022 | Ï 4 | ORDER with respect to 2 Motion to Quash. Currently before me is Defendants' motion to quash or for a protective order. It is hereby ORDERED that the parties shall appear for a telephone conference on January 31, 2022 at 11 a.m. The parties should be prepared to discuss, among other things, the status of the subpoena, my jurisdiction over the deponent, the briefing schedule for the motion filed on January 24, 2022, (Doc. 2), and a briefing schedule for any motion to transfer. The dial−in for the telephone conference is (888) 363−4749, and the access code is 268−2448. IT IS FURTHER ORDERED that the Government is directed to serve a copy of this Order on counsel for Peter Strzok and counsel for Lisa Page. SO ORDERED.. (Signed by Judge Vernon S. Broderick on 1/27/2022) (kv) (Entered: 01/27/2022) |
| 01/27/2022 | Ï | Set/Reset Hearings: Telephone Conference set for 1/31/2022 at 11:00 AM before Judge Vernon S. Broderick. (kv) (Entered: 01/27/2022) |
| 01/31/2022 | Ï 5 | ORDER: Today, I held a conference in this case. For the limited purpose of today's telephone conference, I grant counsel for Peter P. Strzok and counsel for Lisa Page permission to appear pro hac vice. In accordance with my comments made on the record during the conference, the Government's oral motion to transfer on consent the instant motion to quash the deposition subpoena direct to Donald J. Trump to the District of Columbia is hereby GRANTED pursuant to the Federal Rule of Civil Procedure 45(f) based on the counsels' representations on during the telephone conference. SO ORDERED. (Signed by Judge Vernon S. Broderick on 1/31/2022) (kv) Transmission to Office of the Clerk of Court for processing. (Entered: 01/31/2022) |

| | | |
|---|---|---|
| 01/31/2022 | Ï | Minute Entry for proceedings held before Judge Vernon S. Broderick: Telephone Conference held on 1/31/2022. (Court Reporter Alena Lynch) (ldi) (Entered: 01/31/2022) |
| 01/31/2022 | Ï | Transmission to Attorney Services/Help Desk. Transmitted re: 5 Order,,, to Attorney Services/Help Desk for case processing..(kv) (Entered: 02/01/2022) |
| 02/01/2022 | Ï 6 | AMENDED ORDER re: 5 Order. Today, I held a conference in this case. For the limited purpose of today's telephone conference, I grant counsel for Peter P. Strzok and counsel for Lisa Page permission to appear pro hac vice. In accordance with my comments made on the record during the conference, the Government's oral motion to transfer on consent the instant motion to quash the deposition subpoena direct to Donald J. Trump to the District of Columbia is hereby GRANTED pursuant to the Federal Rule of Civil Procedure 45(f) based on the counsels' representations on during the telephone conference. Accordingly, the case is hereby remanded to the docket 1:19–CV–2367–ABJ (D.D.C.) before Judge Amy Berman Jackson in the U.S. District Court for the District of Columbia. SO ORDERED. (Signed by Judge Vernon S. Broderick on 2/1/2022) (kv) Transmission to Docket Assistant Clerk for processing. (Entered: 02/01/2022) |
| 02/01/2022 | Ï | CASE REMANDED OUT from the U.S.D.C. Southern District of New York to the United States District Court, District of Columbia. Sent certified copy of docket entries and remand order. Mailed via UPS Tracking Number 1ZE22E533710054469 on 2/1/2022..(kv) (Entered: 02/01/2022) |