IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ATTORNEY GENERAL MERRICK GARLAND, in his official capacity, UNITED STATES DEPARTMENT OF JUSTICE, FBI DIRECTOR CHRISTOPHER A. WRAY, in his official capacity, FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　　　　　Movants,<br><br>v.<br><br>PETER P. STRZOK<br><br>IN RE SUBPOENA SERVED ON DONALD J. TRUMP | Case No. 1:22-mc-00027-ABJ<br><br>Related: *Strzok v. Garland, et al.*, 1:19-CV-2367-ABJ (D.D.C);<br>*Page v. DOJ, et al.*, 1:19-cv-03675-TSC (D.D.C) |

## DECLARATION OF CHRISTOPHER R. MACCOLL IN SUPPORT OF OPPOSITION TO MOTION TO QUASH OR FOR PROTECTIVE ORDER

I, Christopher R. MacColl, hereby declare:

1. I am an associate with Zuckerman Spaeder LLP. I have filed an appearance in this matter as an attorney for Peter Strzok.

2. Exhibit A is a true and correct copy of Defendants' Objections and Responses to Plaintiff Strzok's First Set of Interrogatories. The Exhibit is included because the opposition cites to Defendants' Response to Interrogatory No. 5, which the Defendants designated Confidential.

3. Exhibit B is a true and correct copy of relevant pages of a document produced by the FBI in discovery. Defendants designated this document Confidential.

4. Exhibit C is a true and correct copy of an email chain ending December 30, 2021.

5. Exhibit D is a true and correct copy of an email chain ending January 10, 2022.

6. Exhibit E is a true and correct copy of an email chain ending January 20, 2022.

7. Exhibit F is a true and correct copy of an email chain ending October 28, 2021.

8. Exhibit G is a true and correct copy of an affidavit on non-service that our process server provided when they were unable to serve Mr. Bowdich. A resident's name and an apartment number are redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 8, 2022

_____
Christopher R. MacColl