# EXHIBIT C

*Exhibit to Declaration of Christopher R. MacColl in Support of Opposition to Motion to Quash or for Protective Order*

**March 8, 2022**

# MacColl, Christopher

| | |
|---|---|
| **From:** | Lawrence Rosen <lrosen@lhrgb.com> |
| **Sent:** | Thursday, December 30, 2021 12:07 PM |
| **To:** | MacColl, Christopher |
| **Cc:** | Goelman, Aitan; salzman@hellerhuron.com |
| **Subject:** | RE: Notice of Subpoena to DJT |

**EXTERNAL**

Thank you.

I am awaiting instructions, but am on this and will get back to you.

Larry

---

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Thursday, December 30, 2021 12:04 PM
**To:** Lawrence Rosen <lrosen@lhrgb.com>
**Cc:** Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com
**Subject:** Re: Notice of Subpoena to DJT

Larry,

Further to the below, attached is a scan of the check. We can deliver this ASAP wherever you direct.

Chris


On Dec 30, 2021, at 12:00 PM, MacColl, Christopher <CMacColl@zuckerman.com> wrote:

Thanks Larry.

We understand your involvement was limited to accepting service. I understand from the defendants that President Trump may be taking the position that we have not perfected service, because we have not delivered the witness fee and mileage. As noted in November, we are please to send that money as directed. We are also willing to adjust the deposition date to January 14, which was requested by the defendants in light of the representation issues and would ensure the former President has the benefit of 14 days after we have made very clear the amount we are tendering.

If you provide us a routing and account number, we can wire the money at your direction. Assuming President Trump maintains that his address is at Mar-a-Lago, I calculate the amount as $759.55. Alternatively, I am having a check made out to President Trump for that amount, and we will deliver it as you direct. I do want to be clear that we are offering (and have been offering since November) to pay the requisite amount as directed based on his current residence and the place of performance.

I will adjust the subpoena to January 14, unless the preference is to stick to the January 6 date.

Kind Regards and Happy New Year,

Chris

On Dec 29, 2021, at 1:58 PM, Lawrence Rosen <lrosen@lhrgb.com> wrote:

EXTERNAL

Hi Chris

As mentioned, I am not involved in this matter, but will forward your email now and ask that someone contact you.

Happy holidays
Larry

From: MacColl, Christopher <CMacColl@zuckerman.com>
Sent: Wednesday, December 29, 2021 11:32 AM
To: Lawrence Rosen <lrosen@lhrgb.com>
Cc: Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com
Subject: FW: Notice of Subpoena to DJT

Hi Larry,

The DOJ has suggested that they are not aware service of this subpoena has been perfected.

Could you shed any light on that?

Happy New Year!

Thanks,
Chris

From: MacColl, Christopher
Sent: Friday, November 26, 2021 12:14 PM
To: 'LRosen@LHRGB.com' <LRosen@LHRGB.com<mailto:LRosen@LHRGB.com>>
Cc: 'salzman@hellerhuron.com' <salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>>; Goelman, Aitan <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>
Subject: FW: Notice of Subpoena to DJT

Larry,

Thank you for agreeing to accept service of the attached on behalf of President Trump. As we discussed, this uses a New York place of performance (our offices). Given President Trump's multiple addresses, we have not been able to calculate mileage. However, we're pleased to tender the witness fee and mileage and to discuss modifying the logistical components at counsel's convenience.

Best,
Chris

From: MacColl, Christopher
Sent: Friday, November 26, 2021 12:07 PM
To: Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov<mailto:Christopher.M.Lynch@usdoj.gov>>; Abbuhl,

Joshua (CIV) <Joshua.Abbuhl@usdoj.gov<mailto:Joshua.Abbuhl@usdoj.gov>>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov<mailto:Bradley.Humphreys@usdoj.gov>>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov<mailto:Michael.J.Gaffney@usdoj.gov>>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com<mailto:Robert.Katerberg@arnoldporter.com>>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com<mailto:Kaitlin.Konkel@arnoldporter.com>>; Jeffress, Amy <Amy.Jeffress@arnoldporter.com<mailto:Amy.Jeffress@arnoldporter.com>>
Cc: Goelman, Aitan <AGoelman@zuckerman.com<mailto:AGoelman@zuckerman.com>>; salzman@hellerhuron.com<mailto:salzman@hellerhuron.com>
Subject: Notice of Subpoena to DJT

Counsel,

Per Rule 45, we are providing notice of the attached subpoena to Donald J. Trump. Larry Rosen, an attorney in New York, has agreed to accept service on behalf of the witness. We understand, however, that it is currently undetermined whether the Department of Justice or private counsel will represent Mr. Trump prospectively for purposes of this subpoena and his deposition. Please let us know when that is clarified.

Hope you all had a nice Thanksgiving.

Best Regards,
Chris

<http://www.zuckerman.com/>


<http://www.zuckerman.com/>

Christopher MacColl
Zuckerman Spaeder LLP
CMacColl@zuckerman.com<mailto:CMacColl@zuckerman.com>


1800 M STREET NW, SUITE 1000 • WASHINGTON, DC 20036-5807
202.778.1849 direct • 207.632.8758 mobile • 202.822.8106 fax

► Download vCard<https://www.zuckerman.com/vcard/Christopher_MacColl/> |
zuckerman.com<http://www.zuckerman.com>

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful. If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.