# EXHIBIT D

*Exhibit to Declaration of Christopher R. MacColl in Support of Opposition to Motion to Quash or for Protective Order*

**March 8, 2022**

# MacColl, Christopher

| | |
|---|---|
| **From:** | Lawrence Rosen <lrosen@lhrgb.com> |
| **Sent:** | Monday, January 10, 2022 11:04 AM |
| **To:** | MacColl, Christopher; Christopher M. Lynch |
| **Cc:** | Abbuhl, Joshua (CIV); Humphreys, Bradley (CIV); Gaffney, Michael J. (CIV); Katerberg, Robert J.; Konkel, Kaitlin; Jeffress, Amy; Goelman, Aitan; salzman@hellerhuron.com |
| **Subject:** | RE: Notice of Subpoena to DJT |

**EXTERNAL**

Thank you Chris. I will forward this email as well.

To clarify, I have not received any check from your office, and am not authorized to accept one now.

Larry

---

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Monday, January 10, 2022 11:01 AM
**To:** Lawrence Rosen <lrosen@lhrgb.com>; Christopher M. Lynch <Christopher.M.Lynch@usdoj.gov>
**Cc:** Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com
**Subject:** RE: Notice of Subpoena to DJT

Larry,

Thank you for the response and for forwarding my email.

We understand you agreed only to accept service on behalf of President Trump. As you know, in light of the government's position that service requires delivery of the witness fee and mileage, we have conveyed a check to you for a sufficient amount repeatedly. We have done so for the avoidance of doubt as to the validity of service.

We recognized that the representation issue might take some time to sort out more than a month ago, and we already accommodated the government's requested adjustment to deposition date to provide time (seven weeks of it) to address that issue. Notwithstanding that accommodation, President Trump should be aware that we believe he has a personal obligation to either appear or to seek judicial relief in the Southern District of New York. If he does not appear or seek proper relief under Rule 45, we expect to move for an order compelling compliance with the subpoena.

I note that we expect to depose him on topics that include his conduct as a candidate and statements he has made since leaving office. It would therefore be unsurprising if the Department of Justice declined to represent President Trump in this matter, and the former President would be well-advised to arrange private counsel as an alternative.

Chris

---

**From:** Lawrence Rosen <lrosen@lhrgb.com>
**Sent:** Monday, January 10, 2022 9:52 AM
**To:** MacColl, Christopher <CMacColl@zuckerman.com>; Christopher M. Lynch <Christopher.M.Lynch@usdoj.gov>

1

**Cc:** Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com
**Subject:** RE: Notice of Subpoena to DJT

**EXTERNAL**

Chris

Once again, I am not counsel for President Trump and my involvement was limited to accepting the subpoena via e-mail. I was not then, nor am I authorized now to act on President Trump's behalf, and I am not now, nor have I ever been authorized to accept any witness fees, address any defenses or objections to the subpoena, or schedule any dates for his deposition. We discussed this and you acknowledged that.

I do not know who will be representing President Trump in connection with the deposition, but will again forward your email below to see if there can be clarification on this issue. I had been told that DOJ would likely be counsel to President Trump, but again, I am not involved in those discussions. I assume that something of this nature takes time to sort out, and I don't think that you should be assuming that the deposition will proceed on January 14, unless you have received confirmation from counsel for President Trump that it will be proceeding.

Larry

---

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Monday, January 10, 2022 9:36 AM
**To:** Lawrence Rosen <lrosen@lhrgb.com>; Christopher M. Lynch <Christopher.M.Lynch@usdoj.gov>
**Cc:** Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com
**Subject:** RE: Notice of Subpoena to DJT

Chris, Larry,

I wanted to follow up once again about the deposition of President Trump scheduled for this Friday.

We have scheduled a court reporter and are about to make changes to our work and personal schedules. We would kindly ask that you let us know whether the President will or will not be appearing as soon as possible, and no later than COB tomorrow.

As you know, we noticed this deposition on November 26. More than a month ago and at the government's request, we agreed to move the deposition from January 6 to January 14. We did so with the understanding that the government would strive to provide as much notice as possible regarding whether the witness would appear. If President Trump and the government cannot state by tomorrow whether he will appear, we reserve the right to contest the timeliness of any motion to quash or for a protective order and to seek costs.

Chris

**From:** MacColl, Christopher
**Sent:** Wednesday, January 5, 2022 11:39 AM
**To:** Lawrence Rosen <lrosen@lhrgb.com>; Christopher M. Lynch <Christopher.M.Lynch@usdoj.gov>
**Cc:** Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com
**Subject:** RE: Notice of Subpoena to DJT

Chris, Larry,

I wanted to follow up once again on the deposition of President Trump. I recognize I've sent many emails on this topic, and we appreciate your respective responses over the holidays. Bottom line, I'm going to need to line up a court reporter and make other logistical arrangements. I would very much appreciate knowing if President Trump intends to move for a protective order rather than appear.

As you know, we've adjusted the subpoena to January 14, 2022 at the government's request, and we hope there is no dispute that we've effected service for that date. Please let us know if there is. The check that I provided an image of last week (attached) is in my hand. I remain willing to deliver it wherever. And President Trump is welcome to use the image to deposit it if he will be appearing, or to instruct us to wire the money.

Larry, I recognize that you agreed only to accept service, but I wanted to include you on these emails as they are partially about service.
And Chris, I know you said you would get back to me as soon as you had more to report on the representation issue, so I imagine that issue is not resolved. If there is information we can provide that would be of assistance, please let us know.

Thank you both.

Chris

---

**From:** Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>
**Sent:** Wednesday, December 29, 2021 11:38 AM
**To:** MacColl, Christopher <CMacColl@zuckerman.com>
**Cc:** Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com
**Subject:** RE: Notice of Subpoena to DJT

Hi Chris,

Thanks for your email. Rule 45(b)(1) provides that "[s]erving a subpoena r*equires* . . . tendering the fees for 1 day's attendance and the mileage allowed by law" "if the subpoena requires [a] person's attendance" (emphasis added). It is my understanding that you have not tendered the requisite fees to Mr. Trump, so service has not been properly effected. Please do let me know if my understanding is incorrect and that you have in fact already tendered the required fees.

Best,
Chris

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Wednesday, December 29, 2021 11:33 AM
**To:** Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>
**Cc:** Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com
**Subject:** [EXTERNAL] RE: Notice of Subpoena to DJT

Hi Chris.

Thanks. Mr. Lawrence Rosen, an attorney for Mr. Trump, agreed to accept service on his behalf, and I sent him the subpoena noting our agreement on November 26.

Can you clarify why you do not believe we have perfected service?

Thanks,
Chris

---

**From:** Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>
**Sent:** Wednesday, December 29, 2021 11:13 AM
**To:** MacColl, Christopher <CMacColl@zuckerman.com>
**Cc:** Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com
**Subject:** RE: Notice of Subpoena to DJT

Hi Chris,

I hope you are having a good holiday period. We don't have an answer yet as to who represents Mr. Trump in connection with this matter. That said, it is my understanding that service on Mr. Trump has not yet been perfected pursuant to FRCP 45(b)(1), so I think it is safe to say that there is not going to be a deposition on January 6 regardless of when and how that representation issue is resolved. I can assure you that, as previously discussed, I will get back to you as soon as I have more to report on the representation issue and the related issue of the filing of a motion.

Best,
Chris

---

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Wednesday, December 29, 2021 11:03 AM
**To:** Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>
**Cc:** Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com
**Subject:** [EXTERNAL] RE: Notice of Subpoena to DJT

Chris and all,

We wanted to follow up regarding the January 6, 2021 deposition date. As you know, we would agree to move the deposition to the 14th, and we would not object to a motion for a protective order/motion to quash being filed after the 6th but before the 14th provided we receive reasonable notice. However, I think we still need agreement from a lawyer representing Mr. Trump to move the deposition.

I am pleased to contact Larry Rosen, who accepted service of the subpoena, if the representation issue has not yet been resolved.

Please let me know as soon as you can. Hope you enjoy the holiday.

Best,
Chris

---

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Thursday, December 9, 2021 7:39 PM
**To:** Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>
**Cc:** Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com
**Subject:** Re: Notice of Subpoena to DJT

Thanks Chris. Appreciate that.

> On Dec 9, 2021, at 6:39 PM, Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov> wrote:
>
> Chris, that is totally fair. We don't intend to jam you up that way. Certainly if we are the ones representing Mr. Trump in this case and if we decide to file a motion, we will let you know when that is the planned course of action so you don't end up having to travel and sit in a room for no purpose, and I will convey to Mr. Trump's personal counsel your request if they end up representing him.
>
> **From:** MacColl, Christopher <CMacColl@zuckerman.com>
> **Sent:** Thursday, December 9, 2021 5:20 PM
> **To:** Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>; Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>
> **Cc:** Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com
> **Subject:** [EXTERNAL] RE: Notice of Subpoena to DJT
>
> Chris,
>
> We would appreciate as much notice as possible if Mr. Trump will be moving for a protective order and will not be appearing. We just don't want to be in a position of paying a court reporter and planning travel to New York if no deposition is going to proceed. So long as we're not jammed on that logistical stuff, we aren't going to argue that a motion filed shortly before the noticed date/time is not timely.
>
> Chris

**From:** Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>
**Sent:** Thursday, December 9, 2021 11:28 AM
**To:** MacColl, Christopher <CMacColl@zuckerman.com>; Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>
**Cc:** Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com
**Subject:** RE: Notice of Subpoena to DJT

Thanks, Chris.

I appreciate your position on the side note.

Just for clarity in light of the point you are making, please confirm you would not object to a motion for protective order as "untimely" if filed on or before Jan. 14. For present purposes, I'm not taking a position on what we or Mr. Trump's private counsel will or won't do (and indeed I cannot in light of the representation issues we are discussing). For the moment, I'm just trying to preserve a workable time for us to first work out who is doing whatever it is that is being done and then for whoever that is to do it.

Best,
Chris

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Thursday, December 9, 2021 11:15 AM
**To:** Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>; Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>
**Cc:** Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com
**Subject:** [EXTERNAL] RE: Notice of Subpoena to DJT

Hi Chris,

We're fine moving the deposition date to January 14. I think as a formal matter, we need agreement on behalf of someone representing the witness to that change. I understand the representation issue may need to be sorted out before we can get that.

Just as a side note, I do think the option are (1) appear or (2) file a timely motion for a protective order. I don't believe objecting obviates the obligation to appear.

Chris

**From:** Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>
**Sent:** Thursday, December 9, 2021 9:06 AM
**To:** MacColl, Christopher <CMacColl@zuckerman.com>; Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress,

Amy <Amy.Jeffress@arnoldporter.com>
**Cc:** Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com
**Subject:** RE: Notice of Subpoena to DJT

Hi Chris,

As you note below, we are still working out the issue of representation.  Would you consent to an extension of the time to respond (be it object, move to quash, etc.) until Jan. 14 so we can work those issues out?  Thanks in advance.

Best,
Chris

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Friday, November 26, 2021 12:07 PM
**To:** Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>; Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>
**Cc:** Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com
**Subject:** [EXTERNAL] Notice of Subpoena to DJT

Counsel,

Per Rule 45, we are providing notice of the attached subpoena to Donald J. Trump.  Larry Rosen, an attorney in New York, has agreed to accept service on behalf of the witness.  We understand, however, that it is currently undetermined whether the Department of Justice or private counsel will represent Mr. Trump prospectively for purposes of this subpoena and his deposition.  Please let us know when that is clarified.

Hope you all had a nice Thanksgiving.

Best Regards,
Chris

 

**Christopher MacColl**
**Zuckerman Spaeder LLP**
**CMacColl@zuckerman.com**

1800 M STREET NW, SUITE 1000 • WASHINGTON, DC 20036-5807
202.778.1849 direct • 207.632.8758 mobile • 202.822.8106 fax

► Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.