# EXHIBIT E

***Exhibit to Declaration of Christopher R. MacColl in Support of Opposition to Motion to Quash or for Protective Order***

**March 8, 2022**

# MacColl, Christopher

| | |
|---|---|
| **From:** | MacColl, Christopher |
| **Sent:** | Thursday, January 20, 2022 5:42 PM |
| **To:** | 'Alex Cannon' |
| **Cc:** | Goelman, Aitan; 'salzman@hellerhuron.com'; 'kaitlin.konkel@arnoldporter.com' |
| **Subject:** | RE: Strzok - Trump Subpoena Date |

Hi Alex,

We understand the government will be filing its motion tomorrow rather than today. Although the motion was due before the deposition was scheduled to proceed, we have agreed that the government may take the additional day. President Trump is also welcome to avail himself of that extra day if he intends to file his own motion or join the government's.

If President Trump would like to proceed notwithstanding the government's expected motion, we would be pleased to work with you to find a new date.

Chris

---

**From:** MacColl, Christopher
**Sent:** Thursday, January 20, 2022 10:40 AM
**To:** 'Alex Cannon' <acannon@donaldtrump.com>
**Cc:** Goelman, Aitan <AGoelman@zuckerman.com>; 'salzman@hellerhuron.com' <salzman@hellerhuron.com>; kaitlin.konkel@arnoldporter.com
**Subject:** RE: Strzok - Trump Subpoena Date

Hi Alex,

We understand that although the government does not intend to represent President Trump in connection with Mr. Strzok's case, it will move for a protective order to quash or postpone President Trump's deposition. The government indicated that you will continue to represent President Trump in connection with this matter. Will you be doing that personally or retaining outside counsel? And will President Trump be joining the government's motion?

We assume that President Trump does not intend to appear tomorrow in light of the government's intent to move for a protective order, but please let us know if that is not correct. We are willing to defer the deposition until a court rules on the motion.

Hope you're well.

Chris

---

**From:** MacColl, Christopher
**Sent:** Tuesday, January 11, 2022 9:06 AM
**To:** Alex Cannon <acannon@donaldtrump.com>
**Cc:** Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com
**Subject:** Strzok - Trump Subpoena Date

Hi Alex,

1

Pleasure speaking this morning.  DOJ told you correctly that we agree to push the deposition of President Trump back a week to January 21, 2022.

I'm sure Chris Lynch will let you know when they figure out the representation issue, but I'll let you know if we hear anything as well.  My office phone usually forwards, but my cell is also below.

Have a good week.

Chris



**Christopher MacColl**
**Zuckerman Spaeder LLP**
**CMacColl@zuckerman.com**

1800 M STREET NW, SUITE 1000 • WASHINGTON, DC 20036-5807
202.778.1849 direct • 207.632.8758 mobile • 202.822.8106 fax

► Download vCard | zuckerman.com

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.