IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ATTORNEY GENERAL MERRICK GARLAND, in his official capacity, UNITED STATES DEPARTMENT OF JUSTICE, FBI DIRECTOR CHRISTOPHER A. WRAY, in his official capacity, FEDERAL BUREAU OF INVESTIGATION,<br><br>                Movants,<br>v.<br><br>PETER P. STRZOK<br><br>IN RE SUBPOENA SERVED ON DONALD J. TRUMP | Case No.: 1:22-mc-27-ABJ |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENA OR FOR PROTECTIVE ORDER

Movants filed this case and their motion to quash or for protective order in the Southern District of New York on January 21, 2022. Because the subpoena was issued in connection with the case *Strzok v. Garland*, 1:19-CV-2367-ABJ (D.D.C.), which is before this Court, it was transferred to this Court on consent on January 31, 2022. The case and motion were officially transferred to and received in this Court on March 8, and the docket reflects Mr. Strzok's opposition as being filed the next day. Movants' reply is therefore due on March 16, 2022. Movants respectfully request that the deadline for their reply in support of the motion be extended until April 11, 2022, in order for them to have sufficient time to prepare a response. Movants have conferred with counsel for Mr. Strzok and they consent to the relief requested herein. A proposed order is attached to this motion.

Dated: March 11, 2022                                                            Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Christopher M. Lynch*
MICHAEL J. GAFFNEY (D.C. Bar 1048531)
BRADLEY P. HUMPHREYS
(D.C. Bar 988057)
CHRISTOPHER M. LYNCH
(D.C. Bar 1049152)
Trial Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 353-4357
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Movants*