IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ATTORNEY GENERAL MERRICK GARLAND, in his official capacity, UNITED STATES DEPARTMENT OF JUSTICE, FBI DIRECTOR CHRISTOPHER A. WRAY, in his official capacity, FEDERAL BUREAU OF INVESTIGATION,<br><br>                                  Movants,<br><br>v.<br><br>PETER P. STRZOK<br><br>IN RE SUBPOENA SERVED ON DONALD J. TRUMP | Case No. 1:22-mc-00027-ABJ<br><br>Related: *Strzok v. Garland, et al.*, 1:19-CV-2367-ABJ (D.D.C);<br>*Page v. DOJ, et al.*, 1:19-cv-03675-TSC (D.D.C) |

**DECLARATION OF CHRISTOPHER R. MACCOLL IN SUPPORT OF PLAINTIFF PETER STRZOK'S NOTICE IN RESPONSE TO THE COURT'S APRIL 27, 2022 MINUTE ORDER**

I, Christopher R. MacColl, hereby declare:

1. I am an associate with Zuckerman Spaeder LLP. I have filed an appearance in this matter as an attorney for Peter Strzok.

2. Exhibit A is a true and correct copy of Plaintiff Strzok's First Set of Requests for Production.

3. Exhibit B is a true and correct copy of Defendants' Responses to Plaintiff Peter Strzok's First Set of Requests for Production.

4. Exhibit C is a true and correct copy of DOJ executive calendar entries marked as Exhibit 28 at the February 4, 2022 deposition of Sarah Isgur.

5. Exhibit D is a true and correct copy of selected pages from the February 4, 2022 deposition of Sarah Isgur. Defendants designated the transcript Confidential.

6. Exhibit E is a true and correct copy of selected pages from Sarah Isgur's notebook. Defendants designated this document Confidential.

7. Exhibit F is a true and correct copy of certain January 22 and 23, 2018 emails from Sarah Isgur to reporters that were produced in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 6, 2022     /s/ Christopher R. MacColl_____
                             Christopher R. MacColl
                             DC Bar No. 1049153