*Attorney General Merrick Garland v. Peter Strzok*
*In re Subpoena Served on Donald Trump*
*Case No. 1:22-mc-00027-ABJ*

# EXHIBIT C

## DOJ Executive Calendar Entries

**Exhibit to Plaintiff Peter Strzok's Notice in Response to the Court's April 27, 2022 Minute Order**

**May 6, 2022**

**January 22, 2018**
Monday

Exhibit No. 28
Date: 2-4-22
T. Alfaro
ISGUR

| | |
|---|---|
| 8:20 AM - 9:00 AM | **Senior Meeting -- AG's Office**<br>Location: AG's office<br>POC: Matt Whitaker<br>Attendees: Matt Whitaker, DAG Rod Rosenstein, Danielle Cutrona, Corey Ellis, Jesse Panuccio, Ed O'Callaghan, Sarah Flores, Stephen Boyd |

Note: This meeting is limited to the invited attendees only. You are not authorized to forward this invitation without prior permission of the OAG scheduling office. If you believe that the invitation was received in error or that other individuals should be included, please contact the OAG scheduling office.

| | |
|---|---|
| 9:00 AM - 9:30 AM | **Phone Call: Senator Cotton -- AG's Office**<br>POC: Danielle Cutrona<br>Attendees: Danielle Cutrona, Gene Hamilton<br>Senator Cotton to call Suzanna |

Note: This meeting is limited to the invited attendees only. You are not authorized to forward this invitation without prior permission of the OAG scheduling office. If you believe that the invitation was received in error or that other individuals should be included, please contact the OAG scheduling office.

**Processing In Progress**

| | |
|---|---|
| 12:00 PM - 1:30 PM | **Lunch at WH -- WH Executive Dining Room**<br>POC: Matt Whitaker<br>Attendees: AG and Matt Whitaker<br>Scheduler: Reid Coleman – Office: (b)(6) ; Cell: (b)(6) |

Note: This meeting is limited to the invited attendees only. You are not authorized to forward this invitation without prior permission of the OAG scheduling office. If you believe that the invitation was received in error or that other individuals should be included, please contact the OAG scheduling office.

| | |
|---|---|
| 12:00 PM - 1:00 PM | **LUNCH**<br>POC:<br>Attendees: |

Note: This meeting is limited to the invited attendees only. You are not authorized to forward this invitation without prior permission of the OAG scheduling office. If you believe that the invitation was received in error or that other individuals should be included, please contact the OAG scheduling office.

| | |
|---|---|
| 12:15 PM - 12:15 PM | **En Route to the White House**<br>In Limo: AG and Matt Whitaker |

(b)(5)

Note: This meeting is limited to the invited attendees only. You are not authorized to forward this invitation without prior permission of the OAG scheduling office. If you believe that the invitation was received in error or that other individuals should be included, please contact the OAG scheduling office.

## January 22, 2018 Continued
Monday

| | |
|---|---|
| 2:30 PM - 2:30 PM | **En Route to AG's Office**<br>In Limo: AG and Matt Whitaker |
| 3:20 PM - 3:50 PM | **Phone Call: Office of Congressman Mark Meadows  -- AG's Office**<br>POC: Matt Whitaker<br>Attendees: Matt Whitaker and Danielle Cutrona<br>Call in: Congressman to be connected thru Suzanna |
| | **Note:  This meeting is limited to the invited attendees only.  You are not authorized to forward this invitation without prior permission of the OAG scheduling office.  If you believe that the invitation was received in error or that other individuals should be included, please contact the OAG scheduling office.** |
| 4:00 PM - 4:30 PM | **Supreme Court Luncheon Speech Prep -- AG's Office**<br>POC: Rachael Tucker<br>Attendees: Rachael Tucker and Sarah Flores |



**January 23, 2018**
Tuesday

| | |
|---|---|
| 8:20 AM - 9:00 AM | **Senior Meeting -- AG's Office**<br>Location: AG's office<br>POC: Matt Whitaker<br>Attendees: Matt Whitaker, DAG Rod Rosenstein, Danielle Cutrona, Corey Ellis, Jesse Panuccio, Ed O'Callaghan, Sarah Flores, Stephen Boyd<br><br>**Note: This meeting is limited to the invited attendees only. You are not authorized to forward this invitation without prior permission of the OAG scheduling office. If you believe that the invitation was received in error or that other individuals should be included, please contact the OAG scheduling office.** |
| 9:15 AM - 9:15 AM | **En Route to White House**<br>In Limo: AG, Matt, Danielle |
| 9:30 AM - 10:30 AM | **Meeting with COS Kelly -- White House, Chief Kelly's office (WW 122).**<br>POC: Matt Whitaker<br>Attendees: Matt Whitaker, Danielle Cutrona, Sarah Isgur Flores, Gene Hamilton, Gary Barnett<br>WH POC: Emily J. McBride; C: (b)(6) |
| 10:30 AM - 10:30 AM | **En Route to DOJ**<br>Attendees: AG and Matt Whitaker |
| 11:20 AM - 11:20 AM | **En Route to Supreme Court**<br>In Limo: AG and Rachael Tucker |
| 11:45 AM - 12:00 PM | **Meet/Greet: Chief Justice Roberts -- Judge Chambers**<br>POC: TBD<br>Attendees: TBD<br>Supreme Court: Chief Justice Roberts, and Chief Justice, Mr. Jeffrey Minear |
| 12:00 PM - 1:00 PM | **Speaking Engagement: Law Clerk Supreme Court Luncheon -- US Supreme Court: West Conference Room at the Court**<br>POC: Rachael Tucker and Sarah Flores<br>Attendees: Rachael Tucker<br>Event POC: Margarita Kofalt (b)(6)<br>Security POC: Sergeant (b)(6) (b)(6); Office: (b)(6); Cell: (b)(6) |
| 1:00 PM - 1:00 PM | **En Route to DOJ**<br>In Limo: AG and Rachael Tucker |

**Processing In Progress**

| | |
|---|---|
| 2:45 PM - 3:00 PM | **Meeting -- AG's Office**<br>POC: Danielle Cutrona<br>Attendees: Danielle Cutrona and Matt Whitaker<br><br>~~Note: This meeting is limited to the invited attendees only. You are not authorized to forward this invitation without prior permission of the OAG scheduling office. If you believe that the invitation was received in error or that other individuals should be included, please contact the OAG scheduling office.~~ |
| 3:00 PM - 3:45 PM | ~~**DeVos Meeting Prep -- AG's Office**~~<br>~~POC: Rachael Tucker~~<br>~~Attendees: Rachael Tucker, Rachel Brand and Kat Kimball~~ |

### January 23, 2018 Continued
Tuesday

| Time | Event |
|---|---|
| 3:45 PM - 4:00 PM | **Phone call prep: Davidson -- AG's Office**<br>POC: Rachael Tucker<br>Attendees: Rachael Tucker and TBD |

Note: This meeting is limited to the invited attendees only. You are not authorized to forward this invitation without prior permission of the OAG scheduling office. If you believe that the invitation was received in error or that other individuals should be included, please contact the OAG scheduling office.

| Time | Event |
|---|---|
| 4:00 PM - 4:15 PM | **Phone Call Prep: Goodlatte -- AG's Office**<br>Attendees: Stephen Boyd, Danielle Cutrona and Gene Hamilton |

Note: This meeting is limited to the invited attendees only. You are not authorized to forward this invitation without prior permission of the OAG scheduling office. If you believe that the invitation was received in error or that other individuals should be included, please contact the OAG scheduling office.

| Time | Event |
|---|---|
| 4:15 PM - 4:45 PM | **PHONE CALL: Chairman Goodlatte -- AG's Office**<br>POC: TBD<br>Attendees: TBD<br>Call-in Info: AG to call (b)(6) |

Note: This meeting is limited to the invited attendees only. You are not authorized to forward this invitation without prior permission of the OAG scheduling office. If you believe that the invitation was received in error or that other individuals should be included, please contact the OAG scheduling office.

| Time | Event |
|---|---|
| 4:45 PM - 5:15 PM | **PHONE CALL: Congressman Davidson -- AG's Office**<br>POC: Rachael Tucker<br>Attendees: Rachael Tucker<br>Call in Info: AG to call (b)(6) |

Note: This meeting is limited to the invited attendees only. You are not authorized to forward this invitation without prior permission of the OAG scheduling office. If you believe that the invitation was received in error or that other individuals should be included, please contact the OAG scheduling office.

| Time | Event |
|---|---|
| 5:30 PM - 6:00 PM | **PHONE CALL: Senator Cotton -- AG's Office**<br>POC: Danielle Cutrona<br>Attendees: Danielle Cutrona, Gene Hamilton, Prim Escalona |

Note: This meeting is limited to the invited attendees only. You are not authorized to forward this invitation without prior permission of the OAG scheduling office. If you believe that the invitation was received in error or that other individuals should be included, please contact the OAG scheduling office.