IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ATTORNEY GENERAL MERRICK GARLAND, in his official capacity, UNITED STATES DEPARTMENT OF JUSTICE, FBI DIRECTOR CHRISTOPHER A. WRAY, in his official capacity, FEDERAL BUREAU OF INVESTIGATION,<br><br>           Movants,<br><br>v.<br><br>PETER P. STRZOK<br><br>IN RE SUBPOENA SERVED ON DONALD J. TRUMP | Case No. 1:22-mc-00027-ABJ<br><br>Related: *Strzok v. Garland, et al.*, 1:19-CV-2367-ABJ (D.D.C); *Page v. DOJ, et al.*, 1:19-cv-03675-TSC (D.D.C) |

**NOTICE OF PETER P. STRZOK'S INTENT TO FILE SUPPLEMENTAL DISCOVERY IN SUPPORT OF HIS OPPOSITION TO MOVANTS' / DEFENDANTS' MOTION TO QUASH OR FOR PROTECTIVE ORDER**

Plaintiff Peter P. Strzok submits this Notice of his intent to file – by next Wednesday, June 15, 2022 – supplemental discovery relevant to the Defendants' Pending Motion to Quash Subpoena or for a Protective Order. Plaintiff is awaiting transcription services.

Among other facts, the discovery concerns the government's invocations of the presidential communications privilege. The Department of Justice first invoked this privilege in this action as "DP - Deliberative Process; PCP" in 1 of 829 privilege log entries served on March 31, 2022 in reference to a document described as:

> Outline prepared by Associate Deputy Attorney General Scott Schools in advance of briefing the President regarding contents of the Inspector General's June 14, 2018 report titled 'Review of Various Actions by the Federal Bureau of Investigation and Department of Justice in Advance of the 2016 Election.' Document

reflects non-final deliberations regarding the contents of the final briefing.

Additional information is subject to Defendants' confidentiality designations per the operative protective order in *Strzok v. Garland*, ECF No. 58, and Plaintiff expects to move for leave to file under seal.

Plaintiff does not believe the Court should rule on the pending motion to quash without the information he intends to file, and Plaintiff is unable to obtain relevant documents until next week due to vendor limitations.

Dated:  June 10, 2022  Respectfully submitted,

/s/ Aitan D. Goelman
Aitan D. Goelman (D.C. Bar No. 446636)
Christopher R. MacColl (D.C. Bar No. 1049153)
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
AGoelman@zuckerman.com

Richard A. Salzman (D.C. Bar No. 422497)
HELLER, HURON, CHERTKOF & SALZMAN PLLC
1730 M Street NW, Suite 412
Washington, DC 20036
Telephone: (202) 293-8090
salzman@hellerhuron.com

*Counsel for Plaintiff Peter Strzok*