**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ATTORNEY GENERAL MERRICK GARLAND, in his official capacity, UNITED STATES DEPARTMENT OF JUSTICE, FBI DIRECTOR CHRISTOPHER A. WRAY, in his official capacity, FEDERAL BUREAU OF INVESTIGATION, | ) ) ) ) ) ) ) |  |
| Movants, | ) ) ) |  |
| v. | ) ) | Case No. 1:22-mc-00027-ABJ |
| PETER P. STRZOK | ) ) | |
| IN RE SUBPOENA SERVED ON DONALD J. TRUMP | ) ) ) | Related: *Strzok v. Garland, et al.*, 1:19-CV-2367-ABJ (D.D.C); *Page v. DOJ, et al.*, 1:19-cv-03675-TSC (D.D.C) **REDACTED** |

**STRZOK'S NOTICE OF SUPPLEMENTAL DISCOVERY IN OPPOSITION TO MOVANTS' / DEFENDANTS' MOTION TO QUASH OR FOR PROTECTIVE ORDER**

Pending before the Court is the parties' briefing with respect to Defendants' Motion to Quash Subpoena or for a Protective Order.  In their Motion, Defendants sought to either defer or preclude the deposition of former President Donald Trump, arguing that pursuant to the "Apex Doctrine," Plaintiff is required to exhaust all other available avenues of obtaining relevant information before deposing him. Two recent developments demonstrate that Defendants intend to preclude *any* examination into instructions given or threats made by President Trump behind closed doors related to Mr. Strzok's employment at the FBI (notwithstanding President Trump's own public statements and the contemporaneous news accounts of those "private" meetings).

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████[1]████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

███████████████████████████████

The record also shows that Mr. Bowdich was aware ███████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████████, and that the White House ███████████

██████████████████████████████████████████████████████████████

██████████████████████████████

                        ████████████████████████████████████████████████
                        ████████████████████████████████████████████████
                        █████████████████████████████████████████

███████████████████████████████████

---

[1] Plaintiff previously informed the Court that the Movants/Defendants had first asserted the PCP in a line in a privilege log that they served on March 31, 2022.  *See* Ex. 4 at ln. 41.

Second, Defendants have alerted Strzok's counsel that they will not consent to a Deposition of FBI Director Christopher Wray, at least until after Mr. Bowdich is deposed.[2] *See* Ex. 5. Deposition testimony from Director Wray is critical for a host of reasons that Mr. Strzok may need to submit per Court's protocol on the primary docket.  But it is also relevant to the Government's motion to quash the subpoena of Mr. Trump.  In their previous filing on this Motion, Defendants suggested that questioning former President Trump about this meeting was premature until Wray was deposed.  Now they refuse to produce Wray for that purpose, and presumably would invoke executive privilege over testimony regarding President Trump's non-public instructions to Mr. Wray about Mr. Strzok's employment.

Plaintiff requests that the Court consider these facts in ruling on the government's motion. Plaintiff further notes that he has learned of a lawsuit reportedly filed against him by President Trump.  *See* Josh Gerstein and Kyle Cheney*, Donald Trump sues Hillary Clinton and allies over Russia claims*, Politico (March 24, 2022), https://www.politico.com/news/2022/03/24/donald-trump-sues-hillary-clinton-and-allies-russia-00020174. While Mr. Trump apparently has the time and resources to launch a meritless lawsuit against Plaintiff, the government is expending considerable resources to shield President Trump from a one-day deposition.

---

[2] Considering Mr. Bowdich's importance as a witness, Plaintiff's strong preference is to take his deposition as near the close of fact discovery as possible.  Defendants continue to produce documents.  For example, Defendants produced more than 5,000 pages of heavily redacted documents from a file maintained by Candice Will on June 13, 2022, a day and a half before her scheduled deposition. Those documents were responsive to RFPs Mr. Strzok served in November 2020.

Dated:  June 15, 2022               Respectfully submitted,

/s/ Aitan D. Goelman
Aitan D. Goelman (D.C. Bar No. 446636)
Christopher R. MacColl (D.C. Bar No. 1049153)
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
AGoelman@zuckerman.com

Richard A. Salzman (D.C. Bar No. 422497)
HELLER, HURON, CHERTKOF & SALZMAN
PLLC
1730 M Street NW, Suite 412
Washington, DC 20036
Telephone: (202) 293-8090
salzman@hellerhuron.com

*Counsel for Plaintiff Peter Strzok*