**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ATTORNEY GENERAL MERRICK GARLAND, in his official capacity, UNITED STATES DEPARTMENT OF JUSTICE, FBI DIRECTOR CHRISTOPHER A. WRAY, in his official capacity, FEDERAL BUREAU OF INVESTIGATION,<br><br>       Movants,<br><br>v.<br><br>PETER P. STRZOK<br><br>IN RE SUBPOENA SERVED ON DONALD J. TRUMP | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:22-mc-00027-ABJ<br><br><br>Related: *Strzok v. Garland, et al.*, 1:19-CV-2367-ABJ (D.D.C); *Page v. DOJ, et al.*, 1:19-cv-03675-TSC (D.D.C) |

**DECLARATION OF CHRISTOPHER R. MACCOLL IN SUPPORT OF PLAINTIFF PETER STRZOK'S NOTICE OF SUPPLEMENTAL DISCOVERY IN OPPOSITION TO MOVANTS' / DEFENDANTS' MOTION TO QUASH OR FOR PROTECTIVE ORDER**

I, Christopher R. MacColl, hereby declare:

1. I am an associate with Zuckerman Spaeder LLP.  I have filed an appearance in this matter as an attorney for Peter Strzok.

2. Exhibit 1 is a true and correct copy of selected pages from the June 9, 2022 deposition of Scott Schools.

3. Exhibit 2 is a true and correct copy of a document produced by Movant/Defendant, the Federal Bureau of Investigation, bearing Bates number FBI0041160 with an associated cover page.

4. Exhibit 3 is a true and correct copy of a document produced by Movant/Defendant, the Department of Justice, bearing Bates number STRZOK_PAGE_DOJ _00005386

2

5.   Exhibit 4 is a true and correct copy of a page excerpted from a privilege log served by the

Department of Justice on or about March 31, 2022.

6.   Exhibit 5 is a true and correct copy of an email exchange dated May 25, 2022.

7.   Exhibits 1, 2, and 3 were designated as confidential by the Defendants.

8.   I conferred with counsel for the Defendants, who confirmed that they did not oppose a

motion to file the notice and related exhibits under seal.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: June 15, 2022                          /s/ Christopher R. MacColl
                                                    Christopher R. MacColl
                                                    DC Bar No. 1049153