# EXHIBIT 4

(Exhibit to Strzok's June 15, 2022 Notice of Supplemental Discovery)

| # | From | To | Filename | Date | Privilege | Description |
|---|------|-----|----------|------|-----------|-------------|
| 40 | Schools, Scott | Hur, Robert (ODAG) | Nunes Letter_01032018_v4 (RKH EDITS).docx | 1/3/2018 | DP - Deliberative Process | Draft response to December 28, 2017 letter from Chairman Devin Nunes regarding DOJ's responses to congressional requests. Draft reflects non-final deliberations informing DOJ's final response. |
| 41 | Schools, Scott | Schools, Scott (ODAG) | POTUS briefing.docx | 6/14/2018 | DP - Deliberative Process; PCP | Outline prepared by Associate Deputy Attorney General Scott Schools in advance of briefing the President regarding contents of the Inspector General's June 14, 2018 report titled "Review of Various Actions by the Federal Bureau of Investigation and Department of Justice in Advance of the 2016 Election." Document reflects non-final deliberations regarding the contents of the final briefing. |
| 42 | Schools, Scott | Schools, Scott (ODAG) | Nunes letter.v2.docx | 1/2/2018 | AC - Attorney Client Privilege; DP - Deliberative Process | Draft response to December 28, 2017 letter from Chairman Devin Nunes regarding DOJ's responses to congressional requests. Draft reflects non-final deliberations informing DOJ's final response. Draft shared with OLC for legal advice regarding accommodation process with Congress. |
| 43 | Schools, Scott | Schools, Scott (ODAG) | 2018-01-03 DAG to Nunes.sns.docx | 1/3/2018 | DP - Deliberative Process | Draft response to December 28, 2017 letter from Chairman Devin Nunes regarding DOJ's responses to congressional requests. Draft reflects non-final deliberations informing DOJ's final response. |
| 44 | Schools, Scott | Boyd, Stephen E (OLA) | 2018-01-17 Text message letter_dfl edits_RH edits - SB edits.docx | 1/19/2018 | DP - Deliberative Process | Draft response to request from Chairman Goodlatte that DOJ provide text messages exchanged between Mr. Strzok and Ms. Page. Draft reflects non-final deliberations informing DOJ's final response. |
| 45 | Schools, Scott | Boyd, Stephen E (OLA) | 2018-01-17 Text message letter_dfl edits_RH edits - SB edits.sns.docx | 1/19/2018 | DP - Deliberative Process | Draft response to request from Chairman Goodlatte that DOJ provide text messages exchanged between Mr. Strzok and Ms. Page. Draft reflects non-final deliberations informing DOJ's final response. |