# EXHIBIT 5

(Exhibit to Strzok's June 15, 2022 Notice of Supplemental Discovery)

# MacColl, Christopher

| | |
|---|---|
| **From:** | Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov> |
| **Sent:** | Wednesday, May 25, 2022 2:58 PM |
| **To:** | MacColl, Christopher; Lynch, Christopher M. (CIV); Abbuhl, Joshua (CIV); Gaffney, Michael J. (CIV) |
| **Cc:** | Goelman, Aitan; salzman@hellerhuron.com; Konkel, Kaitlin; Jeffress, Amy; Katerberg, Robert J. |
| **Subject:** | RE: Strzok v. Garland - Request for Deposition Dates for Christopher Wray |

Hi Chris,

Thanks for your email and for flagging this issue on the call. We've conferred, and defendants' position is that it's premature to discuss dates for Director Wray. In our view, Director Wray's deposition could be appropriate, if at all, only after depositions of Ms. Will and Mr. Bowdich.

As for Ms. Will, we reached out to her as you asked to see if she'd be willing to come to DC for her June 15 deposition. We think that's going to work out, fortunately for us all. We should be able to confirm this week.

Best,
Brad

**From:** MacColl, Christopher <CMacColl@zuckerman.com>
**Sent:** Wednesday, May 18, 2022 4:22 PM
**To:** Lynch, Christopher M. (CIV) <Christopher.M.Lynch@usdoj.gov>; Humphreys, Bradley (CIV) <Bradley.Humphreys@usdoj.gov>; Abbuhl, Joshua (CIV) <Joshua.Abbuhl@usdoj.gov>; Gaffney, Michael J. (CIV) <Michael.J.Gaffney@usdoj.gov>
**Cc:** Goelman, Aitan <AGoelman@zuckerman.com>; salzman@hellerhuron.com; Konkel, Kaitlin <Kaitlin.Konkel@arnoldporter.com>; Jeffress, Amy <Amy.Jeffress@arnoldporter.com>; Katerberg, Robert J. <Robert.Katerberg@arnoldporter.com>
**Subject:** [EXTERNAL] Strzok v. Garland - Request for Deposition Dates for Christopher Wray

Chris, Mike, Brad, Josh,

Pleasure speaking earlier. As I mentioned, we would like to take the deposition of Christopher Wray. Please let us know what dates will work.

Best,
Chris



**Christopher MacColl**
**Zuckerman Spaeder LLP**
**CMacColl@zuckerman.com**

1800 M STREET NW, SUITE 1000 • WASHINGTON, DC 20036-5807
202.778.1849 direct •                    mobile • 202.822.8106 fax

1

► **Download vCard | zuckerman.com**

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202.778.1800 and permanently delete all copies.