IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ATTORNEY GENERAL MERRICK GARLAND, in his official capacity; UNITED STATES DEPARTMENT OF JUSTICE; FBI DIRECTOR CHRISTOPHER A. WRAY, in his official capacity; and FEDERAL BUREAU OF INVESTIGATION,<br><br>          Movants,<br>v.<br><br>PETER P. STRZOK<br><br>IN RE SUBPOENA SERVED ON DONALD J. TRUMP | Case No. 1:22-mc-27-ABJ |

## NOTICE OF FILING

Please take notice that, on March 24, 2023, Movants filed the attached Notice Regarding Executive Privilege in *Strzok v. Garland*, Civil Action No. 19-2367 (ABJ), which also relates to the subpoena at issue in this miscellaneous case.

Dated: March 27, 2023

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar 988057)
CHRISTOPHER M. LYNCH
(D.C. Bar 1049152)
Trial Attorneys, U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Movants*